IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| G&C EXCAVATORS, INC, | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | 1:24-CV-00588 |
| v. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party G&C Excavators Inc. through counsel Leo Unzeitig consents to having a United States Magistrate Judge preside over the trial in this case.

Respectfully submitted,

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**

By: /s/ Leo Unzeitig
  Leo Unzeitig
  State Bar No. 24098534
  leo.unzeitig@chamberlainlaw.com

  Jaime Vasquez
  State Bar No. 24066235

  112 East Pecan, Suite 1450
  San Antonio, Texas 78205
  Telephone: (210) 253-8383
  Facsimile:  (210) 253-8384

**ATTORNEYS FOR PLAINTIFF**
**G&C EXCAVATORS, INC.**